# District Court Of Appeal Of The State Of Florida
## Fourth District

**ASHLEY MASON** and **NELSON MASON,**
Appellants,

v.

**APARNA SPIRANA,**
Appellee.

No. 4D21-407

[May 13, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case Nos. 502020AP000050 and 502019CC006174.

Brian K. Korte and Allegra P. Fung of Korte & Associates, West Palm Beach, for appellant.

Christopher Reinkall and Jordan Rosales of Hall Booth Smith, P.C., Miami, for appellee.

Per Curiam.

*Affirmed.*

Levine, C.J., May and Ciklin, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***